UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL         JS-6

| | |
|---|---|
| Case No. **ED CV 23-2266-CBM(SHKx)** | Date JANUARY 8, 2024 |
| Title Hunter Kerhart v. R & B Wholesale Distributors, Inc. | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**       In Court       **X**   In Chambers       **X**   **Counsel Notified**

Case is ordered closed pursuant to the Notice of Voluntary Dismissal filed on January 4, 2024 [17]. Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)            **CIVIL MINUTES - GENERAL**      Initials of Deputy Clerk YS